IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 10-cv-00880-PAB-MJW

JONATHAN WHITE,

Plaintiff(s),

v.

TIMOTHY "TIM" WALKER;
MOLLY CHILSON;
JUDITH RUSSELL;
BARRY RUSSELL;
KEITH PINKSTON; and
DONALD. F. CUTLER IV,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion To Vacate Status Conference, Docket Number 22, filed with the court on August 4, 2010, is GRANTED. The Status Conference set on August 17, 2010, at 9:00 a.m., is VACATED.

DATE: August 6, 2010